IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-473-BO

| | |
|---|---|
| UNITED STATES TOBACCO COOPERATIVE, et al., <br> Plaintiffs, <br> v. <br> UNITED STATES OF AMERICA, <br> Defendant. | ORDER |

This cause comes before the Court on the United States' motion to access sealed documents filed in a case that proceeded in this Court but is now closed: *U.S. Tobacco Coop., et al. v. Big South Wholesale of Virginia, et al.*, No. 5:13-CV-527-BO. Plaintiffs, who appear in both this and the closed action, do not object to the relief requested, nor does counsel for the defendants in the closed case.

Accordingly, and for good cause shown, the motion to access sealed documents [DE 65] is GRANTED. The United States Attorney's Office for the Eastern District of North Carolina shall prepare a list of the documents and corresponding docket entries to which it seeks access. Upon receipt and review of the list of documents requested, the Court will direct the Clerk of Court to provide the United States with access to those documents.

SO ORDERED, this 6 day of February, 2020.

*Terrence Boyle*
TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE